DAVID C. ANDERSON, ESQ., SBN 83146
ANDERSON LAW
591 Redwood Hwy., Bldg. 4000
Mill Valley, CA 94941-3039
Tel: (415) 395-9898
Fax: (415) 395-9839
admin@dcandersonlaw.com

Attorney for Plaintiffs
YEMA KHALIF, HAWI AWASH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YEMA KHALIF, HAWI AWASH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BELVEDERE; BELVEDERE POLICE DEPARTMENT; CRAIG MIDDLETON, *as BELVEDERE City Manager in his individual capacity*; JASON WU, *as BELVEDERE Police Chief in his individual capacity*; JEREMY CLARK, *as a BELVEDERE Police Officer in his individual capacity*; NANCY KEMNITZER, *as Mayor of BELVEDERE in her individual capacity*; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-04097-AGT<br><br>**STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS**<br>**(FRCP, RULE 41)** |

1  The parties hereto, by and through their undersigned counsel, hereby stipulate to
2  dismissal with prejudice of defendants Nancy Kemnitzer and Craig Middleton in the above-
3  captioned action, each side to bear its own fees and costs, pursuant to Federal Rules of Civil
4  Procedure, Rule 41(a)(s)(A)(ii)

DATED: August 4, 2022                    ANDERSON LAW

                                         */s/ David. C. Anderson*
                                         DAVID C. ANDERSON
                                         Attorneys for Plaintiffs


Dated:  August 4, 2022                   ALLEN, GLAESSNER,
                                         HAZELWOOD & WERTH, LLP


                                         By:   */s/ DALE L. ALLEN Jr.*
                                               DALE L. ALLEN, JR.
                                               KEVIN P. ALLEN
                                               Attorneys for Defendants
                                               CITY OF BELVEDERE, CRAIG
                                               MIDDLETON, JASON WU, JEREMY
                                               CLARK, NANCY KEMNITZER

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (CASE NO.: 3:22-cv-04097-AGT)
2