UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEMA KHALIF, HAWI AWASH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BELVEDERE et al.,<br><br>Defendants. | Case No.  4:22-cv-04097-YGR<br><br>**ORDER EXTENDING DEADLINES**<br><br>Dkt. No. 56 |

The Court has received the parties' stipulation to extend filing deadlines.  (Dkt. No. 56.) Based thereon, the deadline for plaintiffs to file an amended complaint is extended to **April 17, 2023**.  Defendants' response is due on **May 1, 2023**.

This terminates docket number 56.

**IT IS SO ORDERED.**

Dated:   March 20, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**